IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL CONKEY, et al. | No. C07-80062 MJJ |
| Plaintiffs, | **ORDER RE: SUPPLEMENTAL BRIEFING ON PLAINTIFFS' MOTION FOR RETURN OF PROPERTY** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Before the Court is Plaintiffs' Motion For Return Of Property (Docket No. 1), currently scheduled for oral argument on July 24, 2007. In their Motion, Plaintiffs allege, as an argument-in-the-alternative to their request for relief under 18 U.S.C. § 983(e), that the Government's administrative forfeiture constitutes a due process violation that denied them any effective way to contest the seizure and forfeiture of the property. The government's opposition and the Plaintiffs' reply do not address this due process argument in detail.

Having reviewed the parties' submissions, the Court has determined that supplemental briefing regarding Plaintiffs' due process contentions would assist the Court's resolution of the Motion. Accordingly, the Court hereby **ORDERS** each side to file, no later than noon on Monday, July 23, 2007, a supplemental brief no longer than three (3) pages addressing the merits of Plaintiffs' due process argument. In particular, the parties should address what procedures, if any, existed for Plaintiffs to contest the DEA's determination that Plaintiffs' claim was untimely, whether Plaintiffs

had an adequate remedy at law, and whether this Court should exercise equitable jurisdiction on the record before it.

**IT IS SO ORDERED.**

Dated: July 19, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE