| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCBN 9990)<br>United States Attorney |
| 2 | |
| 3 | W. DOUGLAS SPRAGUE (CSBN 202121)<br>Acting Chief, Criminal Division |
| 4 | STEPHANIE M. HINDS (CSBN 154284)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 7 | Telephone: (415) 436-6816<br>Facsimile: (415) 436-6748 |
| 8 | Email: stephanie.hinds@usdoj.gov |
| 9 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| DAVID CONKEY and CAROL CONKEY, | ) | |
| Plaintiffs, | ) | No. C 07-80062 MJJ MISC |
| | ) | |
| v. | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER RE CONTINUANCE OF** |
| | ) | **HEARING AND BRIEFING SCHEDULE** |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between defendant United States of America and plaintiffs, David Conkey and Carol Conkey, through undersigned counsel, that the hearing on plaintiffs' motion for return of property currently scheduled for July 24, 2007, be continued until September 25, 2007. The parties seek this request, in part, to gather and provide the supplemental information as requested by the order of the Court issued on July 19, 2007. The length of the requested continuance, however, is due to the unavailability of each parties' counsel (for business and personal travel) and the unavailability of the Court between July 30 and September 17, 2007. In keeping with the Court's order

for supplemental briefing, the parties will file their supplemental responses (of no more than three pages) on September 19, 2007, by noon.

DATED: 07/20/07

   /S/
STEPHANIE M. HINDS
Assistant United States Attorney

DATED: 07/20/07

   /S/
DAVID MICHAEL, ESQ
Attorney for Plaintiffs David Conkey and
Carol Conkey

### [PROPOSED] ORDER

Upon the stipulation of counsel, and good cause appearing, the Court hereby grants the parties' joint request to continue the hearing on plaintiffs' motion for return of property and supplemental briefing. The hearing on plaintiffs' motion for return of property is continued from July 24, 2007 to September 25, 2007, at 9:30 a.m. Both parties will file their supplemental briefs (of no more than three pages) on September 19, 2007, by noon.

IT IS SO ORDERED.

DATED: 7/20/07

                                                            MARTIN J. JENKINS
United States District Judge